UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BINANCE HOLDINGS LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FORBES MEDIA LLC,<br>MICHAEL DEL CASTILLO and<br>JASON BRETT,<br><br>　　　　　　　Defendants. | Civil Action No. 2:20-cv-16398<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**<br><br>*Filed Electronically* |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Binance Holdings Limited, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of its voluntarily dismissal without prejudice of the above-captioned action against Defendants Forbes Media LLC, Michael del Castillo and Jason Brett.

Dated: February 4, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　By: *s/Peter J. Pizzi*
　　　　　　　　　　　　　　　　　　　　Peter J. Pizzi
　　　　　　　　　　　　　　　　　　　　Selina M. Ellis
　　　　　　　　　　　　　　　　　　　　WALSH PIZZI O'REILLY FALANGA LLP
　　　　　　　　　　　　　　　　　　　　Three Gateway Center
　　　　　　　　　　　　　　　　　　　　100 Mulberry Street, Fifteenth Floor
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　　　　　Tel: (973) 757-1100

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Binance Holdings Limited*

1