UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BINANCE HOLDINGS LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>FORBES MEDIA LLC,<br>MICHAEL DEL CASTILLO and<br>JASON BRETT,<br><br>               Defendants. | Civil Action No. 2:20-cv-16398<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**<br><br>*Filed Electronically* |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Binance Holdings Limited, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of its voluntarily dismissal without prejudice of the above-captioned action against Defendants Forbes Media LLC, Michael del Castillo and Jason Brett.

Dated: February 4, 2021

Respectfully Submitted,

By: _s/Peter J. Pizzi_
Peter J. Pizzi
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, Fifteenth Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Counsel for Plaintiff Binance Holdings Limited*

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/4/21

1